| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Fidelity Investments Life Insurance Company**
Bankruptcy Case: **HRB Winddown, Inc.**
Preference Period: **Sep 19, 2019 - Dec 18, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081447 | $39,103.32 | 12/16/2019 | PR 12.15.19 | 12/13/2019 | $39,103.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081171 | $41,845.74 | 11/29/2019 | PR 11.30.19 | 11/29/2019 | $41,845.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081117 | $46,667.31 | 11/15/2019 | PR 11.15.19 | 11/15/2019 | $46,667.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080838 | $46,797.47 | 10/31/2019 | PR 10.31.19 | 10/31/2019 | $46,797.47 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080576 | $50,082.35 | 10/15/2019 | PR 10.15.19 | 10/11/2019 | $50,082.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080373 | $47,200.68 | 9/26/2019 | PR 09.30.19 | 9/26/2019 | $47,200.68 |

**Totals:** **6 transfer(s),** **$271,696.87**

Fidelity Investments Life Insurance Company (2266190)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1